Wilkes v. Chisox Corp. et al
Case 1:07-cv-00249   Document 8   Filed 02/01/2007   Page 1 of 1
Doc. 8

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 07 C 0249

AMY (BECHTEL) WILKES
                v.
CHISOX CORP. d/b/a CHICAGO WHITE SOX;
CHICAGO WHITE SOX, LTD and
CWS MAINTENANCE CO.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMY (BECHTEL) WILKES

KC FILED
FEB 0 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Thomas M. Enright | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Thomas M. Enright | |
| FIRM | |
| Parrillo, Weiss & O'Halloran | |
| STREET ADDRESS | |
| 77 W. Wacker Dr.; 50th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| Thomas M. Enright (ARDC #:3126077) | 312-701-1111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |