# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMY (BECHTEL) WILKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07C 0249 |
| | ) Judge Leinenweber |
| CHISOX CORP, d/b/a CHICAGO | ) Magistrate Judge Geraldine Soat |
| WHITE SOX; CHICAGO WHITE | ) Brown |
| SOX, LTD. and CWS MAINTENANCE CO., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Thomas M. Enright
      Parrillo, Weiss & O'Halloran
      77 West Wacker Drive
      50th Floor
      Chicago, IL  60601
      (312) 701-1111

  PLEASE TAKE NOTICE that on Wednesday, April 25, 2007, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Harry D. Leinenweber, or any Judge sitting in his stead, in Room 1941 of the Federal Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant's Motion to Dismiss**.

Dated:  March 30, 2007                    CHISOX CORP. d/b/a CHICAGO WHITE
                                          SOX; CHICAGO WHITE SOX, LTD and
                                          CWS MAINTENANCE CO.

                                          By:   /s/James J. Convery
                                                 One of Their Attorneys

James J. Convery
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

I, James J. Convery, an attorney, hereby certify that on March 30, 2007, I caused to be served a copy of the foregoing **Notice of Motion**, in the above-captioned matter to be filed with the Clerk of the District Court by operation of the Court's CM/ECF electronic filing system and served on the party of record listed below, via regular U.S. mail, proper postage prepaid, addressed to:

>Thomas M. Enright
>Parrillo, Weiss & O'Halloran
>77 West Wacker Drive
>50th Floor
>Chicago, IL  60601
>(312) 701-1111


>/s/James J. Convery
>James J. Convery