# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 249 | **DATE** | 5/8/2007 |
| **CASE TITLE** | Amy (Bechtel) Wilkes vs. Chisox Corp.,d/b/a Chicago White Sox, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued for 6/7/2007 at 9:00 a.m. Defendants' Motion to Dismiss is granted. Plaintiff granted leave to file amended complaint by May 25, 2007.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

07C249 Amy (Bechtel) Wilkes vs. Chisox Corp.,d/b/a Chicago White Sox, et al     Page 1 of 1

Dockets.Justia.com