Wilkes v. Chisox Corp et al
Case 1:07-cv-00249    Document 23-2    Filed 05/25/2007    Page 1 of 1
Doc. 23 Att. 4

04W1010-02   [X] EEOC

Illinois Department of Human Rights   and EEOC
*State or local Agency, if any*

| | |
|---|---|
| NAME: AMY (BECHTEL) WILKES | HOME TELEPHONE: (708) 670-6204 |
| STREET ADDRESS: 16734 Lakewood Drive, Tinley Park, Illinois 60477 | DATE OF BIRTH: |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

| | | |
|---|---|---|
| NAME: CHICAGO WHITE SOX; CHICAGO WHITE SOX, LTD.; CHISOX CORP. | NUMBER OF EMPLOYEES: 15+ | TELEPHONE: (312) 674-1000 |
| STREET ADDRESS: 333 West 35th Street | CITY, STATE AND ZIP CODE: Chicago, Illinois 60618 | COUNTY: Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es)):

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST: 04/

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.  A.  ISSUE/BASIS

    DISCHARGE - APRIL 15, 2003, DUE TO MY GENDER, FEMALE

    B.  PRIMA FACIE ALLEGATIONS

        1.  My gender is female. → true

        2.  My performance as a "ball girl" for the Chicago White Sox major league baseball franchise was within Respondent's legitimate expectations and had been performed for 7 years without any complaint or performance related issues.

        3.  On April 15, 2003, I was discharged by Ken Williams Senior Vice President and General Manager/ The reason given by Williams for the discharge was a

CONTINUED ON BACK

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (when necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT

X _____  10/9/03

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

"OFFICIAL SEAL"
Renee Becker
Notary Public, State of Illinois
My Commission Expires 3/17/04

EEOC FORM 5 (5/98)

RECEIVED
OCT 09 2003
INTAKE UNIT
DEPT. OF HUMAN RIGHTS