| Illinois Department of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**NAME** (Indicate Mr., Mx., Mrs.): AMY (BECHTEL) WILKES
**HOME TELEPHONE**: (708) 670-6204
**STREET ADDRESS**: 16734 Lakewood Drive, Tinley Park, Illinois 60477

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMM STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

**NAME**: CWS MAINTENANCE COMPANY
**NUMBER OF EMPLOYEES/MEMBERS**: 15+
**STREET ADDRESS**: 601 Skokie Boulevard, Northbrook, Illinois 60062
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON**: [X] SEX

**DATE DISCRIMINATION TOOK PLACE**:
LATEST: 04/15
[X] CONTINUING ACTION

**THE PARTICULARS ARE**:

I.  A.  ISSUE/BASIS

    DISCHARGE - APRIL 15, 2003, DUE TO MY GENDER, FEMALE

    B.  PRIMA FACIE ALLEGATIONS

    1. My gender is female.

    2. My performance as a "ball girl" for the Chicago White Sox major league baseball franchise was within Respondent's legitimate expectations and had been performed for 7 years without any complaint or performance related issues.

    3. On April 15, 2003, I was discharged by Ken Williams Senior Vice President and General Manager. The reason given by Williams for the discharge was a

CONTINUED ON BACK

[X] I also want this charge filed with the EEOC.

"OFFICIAL SEAL"
Renee Becker
Notary Public, State of Illinois
My Commission Expires 3/17/04

Date: 10/09/03

EEOC FORM 5 (5/98)

   security related concern that an unruly fan was more likely to enter the field when a "ball girl" was present than if a male police officer was present.

4. My performance of my job was unrelated to the well published incidents involving unruly fans who entered the field during games. I and the other "ball girls" were replaced by males whose job responsibility is identical to mine.