**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Amy (Bechtel) Wilkes
          Plaintiff,
v.                 Case No.: 1:07−cv−00249
                Honorable Harry D. Leinenweber
Chicago White Sox, Ltd, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 7, 2007:

   MINUTE entry before Judge Harry D. Leinenweber :Status hearing held and continued for 8/22/2007 at 09:00 AM. Defendants' to answer amended complaint by 6/21/2007.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.